IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:     24-80135
Kanedra Cherell Byrd     Chapter 13

DEBTOR(S)

## OBJECTION TO CONFIRMATION OF PLAN

NOW INTO COURT comes Jon C. Thornburg, Chapter 13 Standing Trustee, who objects to confirmation of the plan to be heard on June 06, 2024 in that:

1. The plan fails to provide for the secured claim of Performance Finance in the amount of $3,168.00 (Claim 7-1).

WHEREFORE, the trustee moves this court for an order denying confirmation of the plan, and granting Debtor a reasonable period of time to submit an amended/modified plan which cures the objections above raised and/or dismissing this case and for all other just and proper relief.

Respectfully submitted this 23rd day of May, 2024.

JON C. THORNBURG
CHAPTER 13 STANDING TRUSTEE

/s/ Mayme Brown

Jon C. Thornburg, Trustee
Brandi M. Jolley, Staff Attorney (Bar Roll #32170)
Mayme Brown, Staff Attorney (Bar Roll #27505)
P.O. Box 11877
Alexandria, LA 71315
(318) 448-1306

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the above and foregoing Objection to Confirmation of Plan has this day been served on the debtor(s) and the attorney for the debtor(s) by placing a copy of the same in the United States Mail, postage prepaid, addressed to:

Kanedra Cherell Byrd     L. LARAMIE HENRY
1327 Park St.     P.O. BOX 8536
Jena, LA 71342     ALEXANDRIA, LA 71306

Alexandria, Louisiana, this 23rd day of May, 2024.

By: /s/ Sonya Linscomb-Rax