**SO ORDERED.**

**SIGNED June 5, 2024.**



_____
**STEPHEN D. WHEELIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

IN RE:                                                                                      CASE NO: 24-80135
   Kanedra Cherell Byrd

### ORDER

     The above captioned matter having been scheduled for a confirmation hearing on 06/06/2024, and considering the Chapter 13 Trustee has filed a Proceeding Memo to Allow the Debtor(s) additional time to resolve the obstacles to confirmation by complying with the terms of this Order,

     **IT IS HEREBY ORDERED** that on or before 06/20/2024, the Debtor shall file an Amended/Modified plan and Notice it for a hearing on an if and only if basis.

### ###

This order was prepared and submitted by:

Jon C. Thornburg
Chapter 13 Trustee
P.O. Box 11877
Alexandria, LA 71315