UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE Kanedra Cherell Byrd				CASE NO. 24-80135

## CHAPTER 13 TRUSTEE'S CERTIFICATION IN SUPPORT OF CONFIRMATION OF CHAPTER 13 PLAN

A Modified Chapter 13 Plan was filed by the Debtor(s) on July 02, 2024 [(ECF No. 21] and noticed on all affected creditors for a hearing on an "if and only if" basis. All, if any, Objections having been resolved, overruled, or withdrawn, the Chapter 13 Trustee has submitted an Order of Confirmation and certifies the following facts in support of the entry of the Order:

(1) The Chapter 13 Trustee has reviewed the Plan to determine compliance with the provisions of this chapter and with the other applicable provisions of this title and the Local Bankruptcy Rules;

(2) The Trustee has reviewed the record of the case and determined that any fee, charge, or amount required under chapter 123 of title 28, or by the plan, to be paid before confirmation, has been paid;

(3) The Trustee has performed a liquidation analysis to determine that the value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under chapter 7 of this title on such date;

(4) The Trustee's records reflect that as of the date of this Certification, the Debtor is substantially current on all payments under the proposed plan, that the Trustee has discovered no evidence to indicate that the Debtor(s) is/are not acting in good faith and if an Objection was filed under 11 U.S.C. §1325(b), the Plan pays all projected disposable income of the Debtor(s) for the applicable commitment period unless the Plan provides 100% to the general unsecured creditors;

(5) If applicable, the Trustee's records reflect no evidence that debtor has not paid all post-petition amounts that are required to be paid under a domestic support required by a judicial or administrative order, or by statute, to pay such domestic support obligation;

(6) The debtor has submitted to the Trustee copies of all applicable Federal, State, and local tax returns and/or refunds as required by 11 U.S.C. § 1308 and § 521, the proposed Plan and the orders of this Court;

(7) The Plan does not contain additional provisions that contradict the lien retention rights under 11 U.S.C. §1325(a)(5) as stated in the Model Plan adopted by the Local Rules; and

(8) The Trustee certifies the Plan's administrative fees are within the limits set forth in the Western District of Louisiana Standing Order Regarding "No-Look" Fees in Chapter 13 Cases, there are no Special Provisions in Part 9 that warrant Objection and recommends confirmation of the Plan.

_____
As counsel for Chapter 13 Trustee